Rec# 065717

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
NOV 20 2006
U.S. COURT OF FEDERAL CLAIMS

1. ALVAREZ, JESUS M.
2. BELIVEAU, RONALD E.
3. BELLO, JEFFREY A.
4. CASEY, PAUL P.
5. COLLINS, EDWARD
6. DAIGLE, ROBERT R.
7. DIZE, NORMAN F.
8. DUBOIS, DANIEL S.
9. GENTRY, GEORGE R.
10. GEORGE, WILLIAM E.
11. GRIES, GERALD T.
12. HALL, DANIEL F.
13. JANES, MICHAEL L.
14. JONES, WALTER J.
15. MARINO, LOUIS
16. MAYNARD, JAMES T.
17. MCRANEY, CALVIN E.
18. MORROW, JACQUELINE A.
19. PERRONE, MICHAEL A.
20. RANCK, JEFFREY L.
21. THOMPSON, KENNETH J.
22. VARELA, EMANUEL

CASE No. 06-779 C

**Complaint**

23. WILLIAMS, ARTHUR R. )

24. WOOD, DENNIS )

Plaintiffs, )

v. )

THE UNITED STATES )

Defendant. )

**COMPLAINT**

1. The plaintiffs are employees or former employees of the defendant United States Government employed in GS-1101 ship building specialist positions and related technical occupations by the U.S. Navy in the Mayport Naval Station in Jacksonville, Florida and other locations. Plaintiffs bring this action on behalf of themselves and other employees similarly situated for a declaratory judgment, backpay and other relief, pursuant to 29 U.S.C. Section 216(b), 28 U.S.C. Section 1346(a)(2) and 28 U.S.C. Sections 1491, 2201 and 2202, 5 U.S.C. Section 5596, and the overtime provisions of Title 5 of the U.S. Code, 5 U.S.C. §§ 5541, et .seq., to remedy the defendant's willful and unlawful violations of federal law complained of herein.

JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. Section 1346(a)(2), 28 U.S.C. Section 1491, and 29 U.S.C. Section 216(b). Venue is proper pursuant to 28 U.S.C. Section 1402.

## PARTIES

3. Plaintiff Jesus M. Alvarez, a resident of Deland, Florida is a GS-12-1101 ship building specialist for the U.S. Navy, Southeast Regional Maintenance Center, Mayport Naval Station in Jacksonville, Florida and has been so employed at all times material herein.

4. Additional persons who are plaintiffs in this action are also current or former employees of the defendant employed by the U.S. Navy in Jacksonville, Florida and other locations in technical occupations, and they, along with the plaintiff identified in paragraph 3 above, have given their written consent to be party plaintiffs in this action pursuant to 29 U.S.C. Section 216(b). Such written consents are appended to this complaint in Appendix A. These written consent forms set forth each plaintiff's name, home address, social security number, employing agency, and the positions in which each plaintiff has been employed during the past several years.

5. Each of the plaintiffs in this action is an "employee" within the meaning of the Fair Labor Standards Act (FLSA), 29 U.S.C. Section 203(e)(1).

6. The defendant Government of the United States is, and at all material times has been, a "public agency" and "employer" within the meaning of the FLSA, 29 U.S.C. Section 203(x) and Section 203(d). Defendant employs the plaintiffs and other employees in similar activities and has its principal place of business in Washington, D.C.

## FACTS

7. Section 7(a) of the FLSA (29 U.S.C. Section 207(a)) provides that an employer shall compensate its employees at a rate not less than one and one-half times their regular rate for each hour employed in excess of 40 hours per week. In addition, section 551.501 of Part 5 of the Code of Federal Regulations, 5 CFR § 551.501, provides that federal agency employers such as the U.S. Navy, shall compensate their employees at a rate of not less than one and one-half times the employees' regular rate of pay for all hours of work in excess of 8 in a day and/or 40 in a work week. At all times material herein, the plaintiffs and other employees similarly situated have been entitled to FLSA overtime pay for all hours of work in excess of 8 in a day and/or 40 in a work week.

8. At all times material herein, the plaintiffs have worked at the GS-12 pay grades and below in the GS-1101 position and in related occupations. At all times material herein, while working in these positions at the GS-12 pay grade, each of the plaintiffs has worked hours in excess of forty (40) hours per week and/or 8 hours a day.

9. During the time plaintiffs worked in excess of forty (40) hours per week and/or eight (8) hours a day in positions at the GS-12 pay grade, defendant United States has failed and refused to provide plaintiffs with the rights and protections provided under the FLSA, including overtime at a rate of one and one-half times their regular rates of pay for all hours plaintiffs have worked in excess of the hourly standards set forth in 29 U.S.C. §207 for all hours worked in excess of eight (8) hours in a work day and/or forty (40) hours in a workweek.

10. By failing and refusing to pay the plaintiffs and other employees similarly situated the overtime pay required under law, the defendant has violated, and is continuing to violate in a willful and intentional manner, the provisions of the FLSA. As a consequence, at all times material herein, the plaintiffs have been unlawfully deprived of overtime compensation and other relief for the maximum statutory period allowed under federal law.

11. As a result of the defendant's willful and purposeful violations of the FLSA, there have become due and owing to each of the plaintiffs various amounts that have not yet been precisely determined. The employment and work records for each are in the exclusive possession, custody and control of defendant and its public agencies and the plaintiffs are unable to state at this time the exact amounts owing to each of them. Defendant and its public agencies are under a duty imposed by the Government Accounting Office retention schedule, the FLSA (29 U.S.C. §211 (c)) and various statutory and regulatory provisions to maintain and preserve payroll and other employment records with respect to plaintiffs and other employees similarly situated from which the amounts of defendant's liability can be ascertained.

12. Pursuant to 29 U.S.C. § 216(b), plaintiffs are entitled to recover liquidated damages in an amount equal to their back pay damages for the Defendant's failure to pay FLSA overtime compensation.

13. Pursuant to the Back Pay Act, 5 U.S.C. § 5596, plaintiffs are entitled to recover interest on their back pay damages for the defendant's failure to pay them overtime compensation in violation of the FLSA.

14. Plaintiffs are entitled to recover attorneys' fees and costs under 29 U.S.C. § 216(b), as well as other applicable laws and regulations.

WHEREFORE, the plaintiffs, on their own behalf and on behalf of others similarly situated, pray that this Court:

(a) Enter judgment declaring that the defendant has willfully and wrongfully violated its statutory obligations, and deprived each of the plaintiffs of their rights;

(b) Order a complete and accurate accounting of all the compensation to which the plaintiffs are entitled;

(c) Award each plaintiff monetary liquidated damages equal to their unpaid compensation, plus interest;

(d) Award plaintiffs their reasonable attorneys' fees to be paid by the defendant, and the costs and disbursements of this action; and

(e) Grant such other relief as may be just and proper.

Respectfully submitted,

Dated: November 20, 2006

Molly A. Elkin
WOODLEY & McGILLIVARY
1125 15th Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 833-8855

Counsel of Record

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JESUS M. ALVAREZ, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**Appendix A to Plaintiffs' Complaint**

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
**Naval Station- Mayport**

**REQUEST TO BECOME PARTY PLAINTIFF (Naval Station- Mayport)**

**Print clearly, or type the following information:**

NAME ALVAREZ JESUS M SS# 131401452
Last First Middle

HOME ADDRESS 1500 W. Silver Hammock
Address

Deland FL. 32720
City State Zip Code

PHONE (home) 386-736-4024 (work) 904 270-5343 ext. 17

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | | | | |
| 2004 | | | | |
| 2005 | | | | |
| 2006 | SERMC | 1101 | GS-12/10 | Ship Building Spec. |

SIGNATURE Jesus M Alvarez

**Continue on Reverse**

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
**Naval Station- Mayport**

**REQUEST TO BECOME PARTY PLAINTIFF (Naval Station- Mayport)**

**Print clearly, or type the following information:**

NAME ~~Ronald~~ BELIVEAU (Last) Ronald (First) Edward (Middle) SS# 005 64 6737

HOME ADDRESS 1438 BLUE HERON LANE E (Address)

Jacksonville Beach (City) FL (State) 32250 (Zip Code)

PHONE (home) 904 242 3595 (work) 904 270 5343 x29

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | SUPSHIP | 1101 | 11-2 | Shipbuilding Specialist |
| | | 1101 | 11-3 | Ship building Specialist |
| 2004 | SUPSHIP | 1152 | 11-3 | Production Controller |
| | | 1152 | 11-3 | Production Controller |
| 2005 | SERMC | 1101 | 11-4 | Shipbuilding Specialist |
| 2006 | SERMC | 1101 | 12-1 | Shipbuilding Specialist |

SIGNATURE Ronald Beliveau

**Continue on Reverse**

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
**Naval Station- Mayport**

**REQUEST TO BECOME PARTY PLAINTIFF (Naval Station- Mayport)**

**Print clearly, or type the following information:**

NAME BELLO JEFFREY ANTHONY SS# 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
Last First Middle

HOME ADDRESS 13257 LIAHONA LN
Address

JACKSONVILLE FLORIDA 32225
City State Zip Code

PHONE (home) 904 220 4000 (work) 904 270 5343 EXT 38

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | | | | |
| 2004 | | | | |
| 2005 | SERMC | 1101 | GS 12 | SBS |
| 2006 | SERMC | 1101 | GS 12 | SBS |

SIGNATURE [signature]

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
**Naval Station- Mayport**

**REQUEST TO BECOME PARTY PLAINTIFF (Naval Station- Mayport)**

**Print clearly, or type the following information:**

NAME Casey (Last) Paul (First) P (Middle) SS# 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

HOME ADDRESS 575 Spanish Wells Rd (Address)

JACKSONVILL (City) FL (State) 32218 (Zip Code)

PHONE (home) 893-0627 (work) 270 5343 x32

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | | | | |
| 2004 | SERMC | 1101 | GS-11 STEP 1 | SHIPBUILDING Specialist |
| 2005 | SERMC | 1101 | GS-11/GS-12 STEP 1 | SHIPBUILDING SPECIALIST |
| 2006 | SERMC | 1101 | GS-12 STEP 1 | SHIPBUILDING SPECIALIST |

SIGNATURE [signature]

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
**Naval Station- Mayport**

**REQUEST TO BECOME PARTY PLAINTIFF (Naval Station- Mayport)**

**Print clearly, or type the following information:**

NAME COLLINS (Last) EDWARD (First) (Middle) SS# 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

HOME ADDRESS 2176 ST MARTINS DR E (Address)

JACKSONVILLE (City) FL (State) 32246 (Zip Code)

PHONE (home) 904-233-8358 (work) 904-270-5343 EXT 28

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | SUBSHIP | 1101 | GS-12 | SHIPBUILDING SPECIALIST |
| 2004 | | | | |
| 2005 | | | | |
| 2006 | | | | |

SIGNATURE Edward P Collins

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
**Naval Station- Mayport**

**REQUEST TO BECOME PARTY PLAINTIFF (Naval Station- Mayport)**

**Print clearly, or type the following information:**

NAME Daigle (Last) Robert (First) R. (Middle) SS# 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

HOME ADDRESS 1551 Inverness Rd. (Address)

Fernandina Beach (City) FL. (State) 32034 (Zip Code)

PHONE (home) (904) 261-9516 (work) (904) 270-5343 X-21

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | SERMC | 1152/1101 | 11-10/11-10 | Planner/Surveyor |
| 2004 | SERMC | 1101 | 11-10 | Surveyor |
| 2005 | SERMC | 1101 | 11-10/12-6 | Surveyor |
| 2006 | SERMC | 1101 | 12-6 | Surveyor |

SIGNATURE Robert R Daigle

**Continue on Reverse**

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
**Naval Station- Mayport**

**REQUEST TO BECOME PARTY PLAINTIFF (Naval Station- Mayport)**

**Print clearly, or type the following information:**

NAME DIZE (Last) NORMAN (First) FRANKLIN (Middle) SS# 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

HOME ADDRESS 3 SAILFISH DR (Address)

PONTE VEDRA BCH. (City) FL. (State) 32082 (Zip Code)

PHONE (home) (904) 273-9532 (work) (904) 270-5343

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | SERMC | 1101-11 | 11-10 | SBS |
| 2004 | SERMC | 1101-11 | 11-10 | SBS |
| 2005 | SERMC | 1101-12 | 12-6 | SBS |
| 2006 | SERMC | 1101-12 | 12-6 | SBS |

SIGNATURE Norman F. Dize

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
**Naval Station- Mayport**

**REQUEST TO BECOME PARTY PLAINTIFF (Naval Station- Mayport)**

**Print clearly, or type the following information:**

NAME DuBois DANIEL S. SS# 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
Last First Middle

HOME ADDRESS 1530 OAK HAVEN ROAD
Address

JACKSONVILLE FL 32207
City State Zip Code

PHONE (home) (904) 721-7749 (work) ~~27~~ (904) 270-5343 EXT 33

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | | | | |
| 2004 | | | | |
| 2005 | DEPT of NAVY (SERMC) | 1101 -12 | STEP 1 | Shipbuilding Specialist |
| 2006 | DEPT of NAVY (SERMC) | 1101 -12 | STEP 1 | Shipbuilding Specialist |

SIGNATURE Daniel S. DuBois

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
**Naval Station- Mayport**

**REQUEST TO BECOME PARTY PLAINTIFF (Naval Station- Mayport)**

**Print clearly, or type the following information:**

NAME GENTRY (Last) GEORGE (First) RONALD (Middle) SS# 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

HOME ADDRESS 3405 THALIA Rd. (Address)

JACKSONVILLE (City) FL (State) 32250 (Zip Code)

PHONE (home) (904) 223-4439 (work) (904) 270-5343 EXT. 37

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | COMSERFORCE 6th FLEET | 1101 | GS-12/6 | MARINE SURVEYOR |
| 2004 | COMSERFORCE 6th FLEET | 1101 | GS-12/7 | MARINE SURVEYOR |
| 2005 | SERMC | 1101 | GS-12/7 | Ship Building Specialist |
| 2006 | SERMC | 1101 | GS-12/7 | Shipbuilding Specialist |

SIGNATURE ______________________

**Continue on Reverse**

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
**Naval Station- Mayport**

**REQUEST TO BECOME PARTY PLAINTIFF (Naval Station- Mayport)**

**Print clearly, or type the following information:**

NAME GEORGE (Last) WILLIAM (First) E (Middle) SS# 224 94 1602

HOME ADDRESS 32138 SETTLERS RIDGE DR. (Address)

BRYCEVILE (City) FL (State) 32009 (Zip Code)

PHONE (home) 904 563-4347 (work) 904 ~~492~~ 270-5343 x 35

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | SUPSHIP | 1150 | GS-11-5 | SHIP SURVEYOR |
| 2004 | " | 1150 | " | " |
| 2005 | " | 1150 | " | SBS |
| 2006 | SERMC | 1150 | | " |

SIGNATURE [signature] 11-8-06

**Continue on Reverse**

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
**Naval Station- Mayport**

**REQUEST TO BECOME PARTY PLAINTIFF (Naval Station- Mayport)**

**Print clearly, or type the following information:**

NAME Gries (Last) Gerald (First) Thomas (Middle) SS# 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

HOME ADDRESS 3651 Parliament Dr. (Address)

Fernandina Bch (City) FL (State) 32034 (Zip Code)

PHONE (home) (904) 277-4947 (work) (904) 270-5343 Ext 40

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | DON | 1101 | GS-11-3 | SBS |
| 2004 | " | 1101 | GS-11-4 | SBS |
| 2005 | " | 1101 | GS 11-Step 4 | " |
| 2006 | " | 1101 | GS 12 Step 2 | " |

SIGNATURE [signature]

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
**Naval Station- Mayport**

**REQUEST TO BECOME PARTY PLAINTIFF (Naval Station- Mayport)**

**Print clearly, or type the following information:**

NAME HALL (Last) DAniel (First) FRANK (Middle) SS# 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

HOME ADDRESS 857 Pine Moss Rd (Address)

Jacksonville (City) FL (State) 32218 (Zip Code)

PHONE (home) (904) 568-0966 (work) (904) 718-3466

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

Employer SFRMC Series 1101 Pay Grade-Step GS-12 step 1 Position Surveyor

2003 GS-11

2004 GS 11

2005 GS 11 Step / GS-12 step 1

2006 GS-12 Step 1

SIGNATURE Daniel F Hall

**Continue on Reverse**

Nov 07 06 01:49p IRM MANAGER 270-8303 p.1

Nov 07 2006 1:29PM HP LASERJET 3330 p.1

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
**Naval Station- Mayport**

**REQUEST TO BECOME PARTY PLAINTIFF (Naval Station- Mayport)**

**Print clearly, or type the following information:**

NAME JANES (Last) MICHAEL (First) LEE (Middle) SS# 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

HOME ADDRESS 7273 Volley Dr N. (Address)

Jacksonville (City), FL (State) 32277 (Zip Code)

PHONE (~~home~~ cell) (904) 534-6294 (work) (904) 270-5343 x 14

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | Dept of Navy | GS-1101 - 11 | Step 9 | Shipbuilding Specialist |
| 2004 | Dept of Navy | GS-1101- 11 | Step 9 | Shipbuilding Specialist |
| 2005 | Dept of Navy | GS-1101- 12 | Step 5 | Shipbuilding Specialist |
| 2006 | Dept of Navy | GS-1101-12 | Step 5 | Shipbuilding Specialist |

SIGNATURE Michael L Janes

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
**Naval Station- Mayport**

**REQUEST TO BECOME PARTY PLAINTIFF (Naval Station- Mayport)**

**Print clearly, or type the following information:**

NAME JONES (Last) WALTER (First) JESSE (Middle) SS# 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

HOME ADDRESS 173 LAS PALMAS LANE (Address)

PONTE VEDRA BEACH (City), FL. (State) 32082 (Zip Code)

PHONE (home) 904 273-2253 (work) 904 270-5343 EXT. 26

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| | SRU NAPLES | GS0873 | GS12 STEP 08 1-1-2003-7-12-03 | GENERAL MARINE SURVEYOR |
| 2003 | SERMC | GS 1101 | GS 11 STEP 10 7-13-2003-12-31-2003 | SHIPBUILDING SPECIALIST |
| 2004 | SERMC | ~~GS 08~~ GS1101 | GS11 STEP 00 | SHIPBUILDING SPECIALIST |
| 2005 | SERMC | GS 1101 | GS 11 STEP 00 1-1-2005-10-28-05<br>GS12 STEP 07 10-29-2005-12-31-05 | SHIPBUILDING SPECIALIST |
| 2006 | SERMC | GS1101 | GS12 STEP 07 | SHIPBUILDING SPECIALIST |

SIGNATURE Walter Jesse Jones

**Continue on Reverse**

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
**Naval Station- Mayport**

**REQUEST TO BECOME PARTY PLAINTIFF (Naval Station- Mayport)**

**Print clearly, or type the following information:**

NAME MARINO LOUIS SS# 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
Last First Middle

HOME ADDRESS 11435 SWEET Cherry LN. So.
Address

JACKSONVILLE FL 32225
City State Zip Code

PHONE (home) 904-642-8848 (work) 904-270-5343 x 39

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | SERMC | 1101 | 11-10 | Surveyor |
| 2004 | SERMC | 1101 | 11-10 | Surveyor |
| 2005 | SERMC | 1101-11 / 1101-12 | 11-10 / 12-6 | Surveyor |
| 2006 | SERMC | 1101 | 12/6 | Surveyor |

SIGNATURE Louis A. Marino

**Continue on Reverse**

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
**Naval Station- Mayport**

**REQUEST TO BECOME PARTY PLAINTIFF (Naval Station- Mayport)**

**Print clearly, or type the following information:**

NAME MAYNARD, JAMES T. SS# 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
Last First Middle

HOME ADDRESS 1370 SUMMIT OAKS DR. W.
Address

JACKSONVILLE, FL 32221
City State Zip Code

PHONE (home) 904-786-8341 (work) 904-497-8274

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | SSJAXDI | 1101 | GS-11/2 | SHIPBUILDING SPECIALIST |
| 2004 | SCRMC/ SSJAXDI | 1101 | GS-11/3 | SBS/PLANNER |
| 2005 | SERMC | 1101 | GS-11/4 31 OCT 05 GS-12/1 | SBS |
| 2006 | SERMC | 1101 | GS-12/1 | SBS |

SIGNATURE

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
**Naval Station- Mayport**

**REQUEST TO BECOME PARTY PLAINTIFF (Naval Station- Mayport)**

**Print clearly, or type the following information:**

NAME McRaney (Last) Calvin (First) E (Middle) SS# 424 821728

HOME ADDRESS 11942 Arbor Lake DR (Address)

Jacksonville (City) Fl (State) 32225 (Zip Code)

PHONE (home) 904-564-3968 (work) 904 270-5343 ext 15

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | | | | |
| 2004 | | | | |
| 2005 | Sermc | 1101 GS-11/12 | 1 | SBS |
| 2006 | Sermc | 1101 GS-12 | 1 | SBS |

SIGNATURE C. McRaney

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
**Naval Station- Mayport**

**REQUEST TO BECOME PARTY PLAINTIFF (Naval Station- Mayport)**

**Print clearly, or type the following information:**

NAME Morrow (Last) Jacqueline (First) A. (Middle) SS# 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

HOME ADDRESS 2511 Caprice Lane (Address)

Fernandina Bch, (City) FL. (State) 32034 (Zip Code)

PHONE (home) (904) 277-6705 (work) (904) 270-5343 Ext. 20

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | SERMC | 1152/1101 | GS11-10 | Planner/Surveyor |
| 2004 | SERMC | 1101 | GS11-10 | Surveyor |
| 2005 | SERMC | 1101 | GS11-10/GS12-06 | Surveyor |
| 2006 | SERMC | 1101 | GS12-06 | Surveyor |

SIGNATURE Jacqueline A Morrow

**Continue on Reverse**

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
**Naval Station- Mayport**

**REQUEST TO BECOME PARTY PLAINTIFF (Naval Station- Mayport)**

**Print clearly, or type the following information:**

NAME Perrone, Michael, Alan SS# 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
Last First Middle

HOME ADDRESS 2440 Cool Springs Drive South
Address

JACKSONVILLE FL 32246
City State Zip Code

PHONE (home) 904-220-2309 (work) 904-270-5718

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | South East Regional Maintenance Center (SERMC)-DON | 1101 | GS-11-3 | Shipbuilding Specialist |
| 2004 | SERMC - DON | 1101 | GS-11-4 | Shipbuilding Specialist |
| 2005 | SERMC - DON | 1101 | GS-11-5 | Shipbuilding Specialist |
| 2006 | SERMC - DON | 1101 | GS-12-1 effective 10/30/05 | Shipbuilding Specialist |

SIGNATURE Michael A. Perrone

**Continue on Reverse**

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
**Naval Station- Mayport**

**REQUEST TO BECOME PARTY PLAINTIFF (Naval Station- Mayport)**

**Print clearly, or type the following information:**

NAME RANCK JEFFREY L SS# 224 907957
Last First Middle

HOME ADDRESS 12570 COUNTRY CHARM LANE
Address

JACKSONVILLE FL 32225
City State Zip Code

PHONE (home) 904-564-9090 (work) 904-270-5343 x 24

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | | | | |
| 2004 | | | | |
| 2005 | Scrmc | | GS-12 | SBS |
| 2006 | Scomc | | GS-12 | SBS |

SIGNATURE [signature]

**Continue on Reverse**

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
**Naval Station- Mayport**

**REQUEST TO BECOME PARTY PLAINTIFF (Naval Station- Mayport)**

**Print clearly, or type the following information:**

NAME Thompson (Last) Kenneth (First) Jerome (Middle) SS# 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

HOME ADDRESS 85126 BLACKMON, Rd. (Address)

Yulee (City) FLORIDA (State) 32097 (Zip Code)

PHONE (home) (904) 556-7702 (work) (904) 270-5535 X41

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | SERMC | 1101 | GS-11 step 4 | SHIPBUILDING SPECIALIST (SBS) |
| 2004 | SERMC | 1101 | GS-11 step 5 | SBS |
| 2005 | SERMC | 1101 | GS-11 step 6 | SBS |
| 2006 | SERMC | 1101 | GS-12 step 2 | SBS |

SIGNATURE Kenneth J Thompson

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
**Naval Station- Mayport**

**REQUEST TO BECOME PARTY PLAINTIFF (Naval Station- Mayport)**

**Print clearly, or type the following information:**

NAME VARELA (Last) EMANUEL (First) (Middle) SS# 265588141

HOME ADDRESS 12530 CASCARA DRIVE (Address)

JACKSONVILLE (City) FL (State) 32225 (Zip Code)

PHONE (home) 904-220-6573 (work) 904-270-5343 EXT 44

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | SERMC | 1101 | GS-12-8 | ShipBuilding Specialist |
| 2004 | SERMC | 1101 | GS-12-8 | " " |
| 2005 | SERMC | 1101 | GS 12-8 | " " |
| 2006 | SERMC | 1101 | GS 12-8 | " " |

SIGNATURE Emanuel Varela

**Continue on Reverse**

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
**Naval Station- Mayport**

**REQUEST TO BECOME PARTY PLAINTIFF (Naval Station- Mayport)**

**Print clearly, or type the following information:**

NAME Williams Arthur R SS# 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
Last First Middle

HOME ADDRESS 3317 Thunder Rd
Address

Middleburg FL 32068
City State Zip Code

PHONE (home) 904-742-1165 (work) 904-270-5718

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | ~~[illegible]~~ DON | GS-1101-11 | 3 | SBS |
| 2004 | DON | GS-1101-11 | 4 | SBS |
| 2005 | DON | GS-1101-11 | 7 | SBS |
| 2006 | DON | GS-1101-12 | 5 | SBS |

SIGNATURE [signature]

**Continue on Reverse**

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
**Naval Station- Mayport**

**REQUEST TO BECOME PARTY PLAINTIFF (Naval Station- Mayport)**

**Print clearly, or type the following information:**

NAME: WOOD (Last) DENNIS (First) ____ (Middle) SS# 920040013

HOME ADDRESS: 107 LISA LANE (Address)

ST. MARYS (City) GA. (State) 31558 (Zip Code)

PHONE (home) 912-673-7655 (work) 904-477-4351

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | | | | |
| 2004 | | | | |
| 2005 | SERMC | 1101 | GS-11/12 | Shipbuilding |
| 2006 | SERMC | 1101 | GS-12 | Specialist |

SIGNATURE D R Wood

Continue on Reverse