IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JESUS ALVAREZ, et al., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 06-779C |
| v. | ) | |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S FIRST UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 14 day enlargement of time, to and including February 5, 2007, to file a response to the complaint. Defendant's response is currently due on January 22, 2007. This is defendant's first request for an enlargement for this purpose. Defendant has consulted with counsel for plaintiffs and counsel for plaintiffs has represented that plaintiffs do not oppose this request for an enlargement of time.

Defendant has sent the Department of the Navy ("Navy") a copy of the complaint with a request for a litigation report, pursuant to 28 U.S.C. § 520. However, as a result of delays in the assignment of agency counsel, additional time is needed for agency counsel to gather and review information necessary for preparation of the litigation report.

Agency counsel has represented that she requires an additional seven days to prepare a litigation report. Defendant's counsel will require additional time to study the litigation report and its supporting documentation, to consult with agency counsel and other Government

attorneys, and to prepare and file the Government's response to the complaint, following mandatory supervisory review.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for enlargement of time of 14 days, to and including February 5, 2007, within which to file a response to plaintiff's complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Tara Kilfoyle
TARA KILFOYLE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L St., N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 305-1709
Fax: (202) 307-0972

January 17, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January 2007, a copy of the foregoing "DEFENDANT'S FIRST UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Tara Kilfoyle