# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**JESUS ALVAREZ, et al.**, *

**Plaintiff,** *

**v.** *

**UNITED STATES,** *

**Defendant.** *

* * * * * * * * * * * * * * * * * *

**No. 06-779C**
**Filed: February 8, 2007**

**O R D E R**

The undersigned ADR Judge held an early neutral evaluation in the above-captioned case on February 8, 2007. The parties indicated an intention to perform limited discovery, and then re-evaluate the feasibility of settlement discussions. On or before **Friday, May 4, 2007**, the parties shall file a brief joint status report, reflecting whether or not the parties wish to initiate the ADR process at that stage. A copy of this Order is being provided to the Presiding Judge.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**