# In the United States Court of Federal Claims

**No. 06-779C**
**(Filed: March 30, 2007)**

* * * * * * * * * * * * * * * * *
**JESUS ALVAREZ, et al.,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * *

**O R D E R**

The court hereby **SCHEDULES** the joint preliminary status conference for **Wednesday, April 4, 2007 at 11:00 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (202) 833-8855; counsel for defendant at (202) 305-1709. The court will initiate the call.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge