# In the United States Court of Federal Claims

**No. 06-779C**
**(Filed: April 4, 2007)**

* * * * * * * * * * * * * * * * *
*
**JESUS ALVAREZ, et al.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## O R D E R

Pursuant to representations made by the parties during the April 4, 2007 joint preliminary status conference, the court hereby **ORDERS** the following:

1. The parties shall conduct limited initial discovery to determine whether to proceed with ADR or other settlement negotiations. The parties shall complete initial discovery by **Friday, August 31, 2007**.

2. The parties shall file a joint status report by **Monday, September 10, 2007** indicating how they plan to proceed following initial discovery.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge