IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JESUS ALVAREZ, et al., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 06-779C |
| v. | ) | |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | (ADR Judge Horn) |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the ADR Judge's Order of February 8, 2007, the parties respectfully submit this Joint Status Report. The parties filed a Joint Preliminary Status Report on March 28, 2007. The Court's Scheduling Order of April 4, 2007 provided that initial discovery in this case would conclude by August 31, 2007, and that the parties would file a joint status report advising the Court how the parties intend to proceed by September 10, 2007.

The parties have not conducted any discovery at this time. Accordingly, the parties have not been able to determine whether ADR would be beneficial in resolving this case. The parties respectfully propose that they specify in the joint status report due on or before September 10, 2007 whether they wish to participate in ADR after the close of initial discovery. The parties further propose that if they are able to agree that they would like to participate in ADR prior to the close of initial discovery, the parties file an additional joint status report with the Court as soon as practicable.

Respectfully submitted,

s/ Molly A. Elkin
MOLLY A. ELKIN
Woodley & McGillivary
1125 15th Street, N.W, Suite 400
Washington, D.C. 20005
(202) 833-8855

Attorney for Plaintiffs

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Tara Kilfoyle
TARA KILFOYLE
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
TEL: (202) 305-1709
FAX: (202) 307-0972

Attorneys for Defendant

May 4, 2007

CERTIFICATE OF FILING

I hereby certify that on May 4th, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara J. Kilfoyle