IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JESUS ALVAREZ, et al. | ) | |
| | ) | Case No. 06-779C |
| | ) | (Judge Firestone) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of David Ricksecker as counsel for the Plaintiffs.

Service of all papers by opposing parties should be addressed as follows:

Molly A. Elkin
David Ricksecker
WOODLEY & McGILLIVARY
1125 15th Street, Suite 400
Washington, D.C. 20005
Tel: 202-833-8855
Fax: 202-452-1090

Dated: July 31, 2007

/s/ David Ricksecker
David Ricksecker
WOODLEY & McGILLIVARY

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July 2007, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

/s/David Ricksecker
David Ricksecker