IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JESUS ALVAREZ, et al., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 06-779C |
| v. | ) | |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

<u>JOINT MOTION FOR ENLARGEMENT OF INITIAL DISCOVERY PERIOD</u>

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims ("RCFC"), the parties respectfully requests a 45 day enlargement of time for the initial discovery period in this case, to and including October 15, 2007. Pursuant to the Court's Order of April 4, 2007, the initial discovery period in this case is scheduled to close on August 31, 2007. However, the parties will not be able to schedule depositions in this case prior to August 31, 2007. The process of negotiating the joint motion for a protective order in this case was more time-consuming than the parties had anticipated. Plaintiffs require time to review the documents produced by defendant pursuant to the protective order prior to conducting the Rule 30(b)(6) deposition that they have noticed in this case. In addition, counsel for both parties will be unable to conduct the necessary depositions prior to August 31, 2007, due to scheduling conflicts and obligations in other cases.

For these reasons, the parties respectfully request a 45 day enlargement of time, to and including October 15, 2007, to complete initial discovery in this case. The parties respectfully propose that, if this joint motion for enlargement of the initial discovery period is granted, the parties file a joint status report with the Court by Friday, October 26, 2007.

Respectfully submitted,

s/ David Ricksecker
DAVID RICKSECKER
Woodley & McGillivary
1125 15th Street, N.W, Suite 400
Washington, D.C. 20005
(202) 833-8855

Attorney for Plaintiffs

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark Melnick
MARK A. MELNICK
Assistant Director

s/ Tara Kilfoyle
TARA KILFOYLE
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
TEL: (202) 305-1709
FAX: (202) 307-0972

Attorneys for Defendant

August 27, 2007

CERTIFICATE OF FILING

I hereby certify that on August 27, 2007, a copy of the foregoing "JOINT MOTION FOR ENLARGEMENT OF INITIAL DISCOVERY PERIOD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara J. Kilfoyle