# In the United States Court of Federal Claims

**No. 06-779C**
**(Filed: August 28, 2007)**

* * * * * * * * * * * * * * * * * *
*
**JESUS ALVAREZ, et al.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

**O R D E R**

The parties' joint motion, filed August 27, 2007, for a 45-day enlargement of time for the initial discovery period is **GRANTED**. Accordingly, the deadlines are amended as follows:

1. The parties shall conduct limited initial discovery to determine whether to proceed with ADR or other settlement negotiations. The parties shall complete initial discovery by **Monday, October 15, 2007**.

2. The parties shall file a joint status report by **Friday, October 26, 2007** indicating how they plan to proceed following initial discovery.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge