# Attachment A

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
**Naval Station- Mayport**

I am (or was) employed by the United States of America (USA), for some or all of the period since November 1, 2003 to date. I request to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against the USA. My claims concern the failure of the USA to pay me overtime compensation under the Fair Labor Standards Act (FLSA) and applicable regulations.

In accordance with the confidential Retainer Agreement explained on the reverse side of this paper, I am requesting to retain the law firm of Woodley & McGillivary, with offices at 1125 Fifteenth Street, N.W., Suite 400, Washington, D.C. 20005, and if said firm agrees to the retainer, I authorize it to represent me concerning my claims, including back wages, liquidated damages, interest, attorney's fees and costs. Upon agreeing to represent me, Woodley & McGillivary may file this consent in court and take all actions they deem necessary or appropriate, including the settlement and collection of any and all of my claims for FLSA overtime compensation. I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this claim.

**I UNDERSTAND THAT SIMPLY COMPLETING THIS FORM, AND SUBMITTING IT TO THE LAW FIRM OF WOODLEY & MCGILLIVARY ("W&M") DOES NOT MEAN THAT W&M HAS AGREED TO REPRESENT ME. I UNDERSTAND THAT W&M IS NOT MY ATTORNEY NOR HAVE THEY AGREED TO REPRESENT ME UNTIL A REPRESENTATIVE OF W&M SIGNS THE REVERSE SIDE OF THIS PAGE.**

**REQUEST TO BECOME PARTY PLAINTIFF (Naval Station- Mayport)**

**Print clearly, or type the following information:**

NAME BOWCOCK (Last) JESSE (First) NMN (Middle) SS# 228 [redacted]-80-0246

HOME ADDRESS 12642 STAVELEY DR. S. (Address)

JAX (City) FL (State) 32225 (Zip Code)

PHONE (home) (904) 220-8032 (work) (904) 270-5343 X24

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | DON | GS 1101 - 11 | 10 | SBS (SHIPBUILDING SPECIALIST) |
| 2004 | DON | GS 1101 - 11 | 10 | SBS |
| 2005 | DON | GS 1101 - 12 | 6 | SBS |
| 2006 | DON | GS 1101 - 12 | 6 | SBS |

SIGNATURE J Bowcock

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
**Naval Station- Mayport**

I am (or was) employed by the United States of America (USA), for some or all of the period since November 1, 2003 to date. I request to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against the USA. My claims concern the failure of the USA to pay me overtime compensation under the Fair Labor Standards Act (FLSA) and applicable regulations.

In accordance with the confidential Retainer Agreement explained on the reverse side of this paper, I am requesting to retain the law firm of Woodley & McGillivary, with offices at 1125 Fifteenth Street, N.W., Suite 400, Washington, D.C. 20005, and if said firm agrees to the retainer, I authorize it to represent me concerning my claims, including back wages, liquidated damages, interest, attorney's fees and costs. Upon agreeing to represent me, Woodley & McGillivary may file this consent in court and take all actions they deem necessary or appropriate, including the settlement and collection of any and all of my claims for FLSA overtime compensation. I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this claim.

**I UNDERSTAND THAT SIMPLY COMPLETING THIS FORM, AND SUBMITTING IT TO THE LAW FIRM OF WOODLEY & MCGILLIVARY ("W&M") DOES NOT MEAN THAT W&M HAS AGREED TO REPRESENT ME. I UNDERSTAND THAT W&M IS NOT MY ATTORNEY NOR HAVE THEY AGREED TO REPRESENT ME UNTIL A REPRESENTATIVE OF W&M SIGNS THE REVERSE SIDE OF THIS PAGE.**

**REQUEST TO BECOME PARTY PLAINTIFF (Naval Station- Mayport)**

**Print clearly, or type the following information:**

NAME Kanapaux (Last) David (First) Michael (Middle) SS# 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

HOME ADDRESS 2705 Marshland Dr. (Address)

Jacksonville (City) FL. (State) 32226 (Zip Code)

PHONE (home) (904) 757-2393 (work) (904) 270-5343 Ext. 31

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | Southeast Regional | GS-1101-12 | Step 4 | Shipbuilding Specialist |
| 2004 | Maintenance, Mayport, FL | | | |
| 2005 | ↓ | | | |
| 2006 | ↓ | | | |

SIGNATURE David M. Kanapaux

Continue on Reverse

**REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND**
**PROPOSED RETAINER AGREEMENT**
**Naval Station- Mayport**

I am (or was) employed by the United States of America (USA), for some or all of the period since November 1, 2003 to date. I request to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against the USA. My claims concern the failure of the USA to pay me overtime compensation under the Fair Labor Standards Act (FLSA) and applicable regulations.

In accordance with the confidential Retainer Agreement explained on the reverse side of this paper, I am requesting to retain the law firm of Woodley & McGillivary, with offices at 1125 Fifteenth Street, N.W., Suite 400, Washington, D.C. 20005, and if said firm agrees to the retainer, I authorize it to represent me concerning my claims, including back wages, liquidated damages, interest, attorney's fees and costs. Upon agreeing to represent me, Woodley & McGillivary may file this consent in court and take all actions they deem necessary or appropriate, including the settlement and collection of any and all of my claims for FLSA overtime compensation. I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this claim.

**I UNDERSTAND THAT SIMPLY COMPLETING THIS FORM, AND SUBMITTING IT TO THE LAW FIRM OF WOODLEY & MCGILLIVARY ("W&M") DOES NOT MEAN THAT W&M HAS AGREED TO REPRESENT ME. I UNDERSTAND THAT W&M IS NOT MY ATTORNEY NOR HAVE THEY AGREED TO REPRESENT ME UNTIL A REPRESENTATIVE OF W&M SIGNS THE REVERSE SIDE OF THIS PAGE.**

**REQUEST TO BECOME PARTY PLAINTIFF (Naval Station- Mayport)**

**Print clearly, or type the following information:**

NAME Pierce (Last) Robert (First) Keith (Middle) SS# 227 76 8822

HOME ADDRESS 3385 PinTail Dr (Address)

Jax Beach (City) FL (State) 32250 (Zip Code)

PHONE (home) (904) 270-8937 (work) (904) 270-5343 x18

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | NSRF | 1152 | 12-10 | Prod. Controller |
| 2004 | " | " | " | " |
| 2005 | " | " | " | " |
| 2006 | " | " | " | " |

SIGNATURE [signature]

Continue on Reverse

## REQUEST TO BECOME PARTY PLAINTIFF/GRIEVANT AND PROPOSED RETAINER AGREEMENT

**Naval Station- Mayport**

I am (or was) employed by the United States of America (USA), for some or all of the period since November 1, 2003 to date. I request to be a plaintiff in a lawsuit brought on my behalf and on behalf of other persons against the USA. My claims concern the failure of the USA to pay me overtime compensation under the Fair Labor Standards Act (FLSA) and applicable regulations.

In accordance with the confidential Retainer Agreement explained on the reverse side of this paper, I am requesting to retain the law firm of Woodley & McGillivary, with offices at 1125 Fifteenth Street, N.W., Suite 400, Washington, D.C. 20005, and if said firm agrees to the retainer, I authorize it to represent me concerning my claims, including back wages, liquidated damages, interest, attorney's fees and costs. Upon agreeing to represent me, Woodley & McGillivary may file this consent in court and take all actions they deem necessary or appropriate, including the settlement and collection of any and all of my claims for FLSA overtime compensation. I understand that the law provides that I cannot be discharged or in any way disciplined or penalized by my employer because of my participation in this claim.

**I UNDERSTAND THAT SIMPLY COMPLETING THIS FORM, AND SUBMITTING IT TO THE LAW FIRM OF WOODLEY & MCGILLIVARY ("W&M") DOES NOT MEAN THAT W&M HAS AGREED TO REPRESENT ME. I UNDERSTAND THAT W&M IS NOT MY ATTORNEY NOR HAVE THEY AGREED TO REPRESENT ME UNTIL A REPRESENTATIVE OF W&M SIGNS THE REVERSE SIDE OF THIS PAGE.**

**REQUEST TO BECOME PARTY PLAINTIFF (Naval Station- Mayport)**

**Print clearly, or type the following information:**

NAME: POWELL (Last) William (First) C (Middle) SS# 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

HOME ADDRESS: 1472 LINKSIDE DR (Address)

ATLANTIC BCH (City), FL (State) 32233 (Zip Code)

PHONE (home) 904-249-1385 (work) 904-270-5343 #34

EMPLOYMENT HISTORY: *Use additional sheet(s) if necessary*

| | Employer | Series | Pay Grade-Step | Position |
|---|---|---|---|---|
| 2003 | SERMC | 1152 | GS-11, STEP 10 | PRODUCTION CONTROLLER |
| 2004 | " | " | " " | " |
| 2005 | " | " | " " | " |
| 2006 | SERMC | 1152 | GS-11 STEP 10 | PRODUCTION CONTROLLER |
| 2007 | SERMC | 1152 | GS-12 | SBS |

SIGNATURE William C Powell

**Continue on Reverse**