IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JESUS ALVAREZ, et al., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 06-779C |
| v. | ) | |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's Order of August 28, 2007, the parties respectfully submit this Joint Status Report. The parties completed initial discovery on October 15, 2007. Following the close of initial discovery, the parties have engaged in preliminary settlement discussions, which the parties believe have been productive. Plaintiffs have submitted a written settlement proposal to defendant, which counsel for defendant intends to evaluate, discuss with counsel for plaintiffs, and consider for recommendation to an authorized representative of the Attorney General.

Because the parties' discussions have been productive, the parties wish to devote their time and resources to completing their discussions rather than preparing and filing dispositive motions at this juncture. This will require the requested stay of proceedings. Accordingly, the parties request that the Court stay proceedings in this case for a period of 30 days, through and including November 26, 2007, to allow the parties time to complete their settlement discussions. The parties propose that they submit a joint status report to the Court on November 26, 2007, should the case not settle during the initial stay.

Respectfully submitted,

s/ David Ricksecker
DAVID RICKSECKER
Woodley & McGillivary
1125 15th Street, N.W, Suite 400
Washington, D.C. 20005
(202) 833-8855

Attorney for Plaintiffs

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark Melnick
MARK A. MELNICK
Assistant Director

s/ Tara Kilfoyle
TARA KILFOYLE
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
TEL: (202) 305-1709
FAX: (202) 307-0972

Attorneys for Defendant

October 26, 2007

CERTIFICATE OF FILING

I hereby certify that on October 26, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara J. Kilfoyle