# In the United States Court of Federal Claims

**No. 06-779C**
**(Filed: October 29, 2007)**

* * * * * * * * * * * * * * * * * *
*
**JESUS ALVAREZ, et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of the parties' joint status report, filed October 26, 2007, in which the parties indicate that the plaintiffs have submitted a settlement proposal which is currently under review by defendant. The parties request that the proceedings be stayed to allow the parties time to complete their settlement discussions. The parties request is **GRANTED**. Accordingly, the above-captioned case is **STAYED**. The parties shall file a joint status report by **Monday, November 26, 2007** indicating the progress made towards a final resolution in this matter.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge