IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JESUS ALVAREZ, et al., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 06-779C |
| v. | ) | |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's Order of October 29, 2007, the parties respectfully submit this Joint Status Report. Since the last joint status report, the parties have discussed the written settlement offer submitted by plaintiffs. As a result of the discussions, plaintiffs have submitted a revised written settlement offer clarifying the terms of the original settlement offer. Counsel for defendant has sought authority from the authorized representative of the Attorney General to accept the settlement offer submitted by plaintiffs. The authorized representative of the Attorney General is currently reviewing the settlement offer.

Accordingly, the parties request that the Court continue the stay of proceedings in this case for an additional 39 days, through and including January 4, 2008. The parties propose that they submit a joint status report to the Court on January 4, 2008, should the case not settle during that time.

Respectfully submitted,

s/ David Ricksecker
DAVID RICKSECKER
Woodley & McGillivary
1125 15th Street, N.W, Suite 400
Washington, D.C. 20005
(202) 833-8855

Attorney for Plaintiffs

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark Melnick
MARK A. MELNICK
Assistant Director

s/ Tara Kilfoyle
TARA KILFOYLE
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
TEL: (202) 305-1709
FAX: (202) 307-0972

Attorneys for Defendant

November 26, 2007

CERTIFICATE OF FILING

I hereby certify that on November 26, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara J. Kilfoyle