# In the United States Court of Federal Claims

**No. 06-779C**
**(Filed: November 27, 2007)**

* * * * * * * * * * * * * * * * * *
*
**JESUS ALVAREZ, et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of the parties' joint status report, filed November 26, 2007, in which the parties indicate that plaintiffs settlement offer is currently under review by the authorized representative of the. The parties request that the proceedings remain stayed to allow the parties to finalize the settlement. The parties request is **GRANTED**. Accordingly, the above-captioned case remains **STAYED**. The parties shall file a joint status report by **Friday, January 4, 2008** indicating the progress made towards a final resolution in this matter.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge