IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JESUS ALVAREZ, et al., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 06-779C |
| v. | ) | |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's Order of November 27, 2007, the parties respectfully submit this Joint Status Report. Since the last joint status report, the parties have agreed to a settlement in principle. However, the parties have encountered unexpected difficulties in drafting a settlement agreement acceptable to both parties. The parties intend to continue to work to resolve this issue, and believe that they will be able to draft a settlement agreement acceptable to both parties.

Accordingly, the parties request that the Court continue the stay of proceedings in this case for an additional 32 days, through and including February 5, 2008. The parties propose that they submit a joint status report to the Court on February 5, 2008, if the parties have not entered into a settlement agreement during that time.

Respectfully submitted,

s/ David Ricksecker
DAVID RICKSECKER
Woodley & McGillivary
1125 15th Street, N.W, Suite 400
Washington, D.C. 20005
(202) 833-8855
Attorney for Plaintiffs

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark Melnick
MARK A. MELNICK
Assistant Director

s/ Tara Kilfoyle
TARA KILFOYLE
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
TEL: (202) 305-1709
FAX: (202) 307-0972

Attorneys for Defendant

January 4, 2008

CERTIFICATE OF FILING

I hereby certify that on January 4, 2008 a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara J. Kilfoyle