# In the United States Court of Federal Claims

**No. 06-779C**
**(Filed: January 7, 2008)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **JESUS ALVAREZ, et al.,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

## ORDER

The court is in receipt of the parties' joint status report, filed January 4, 2008, in which the they indicate that parties have agreed to a settlement and are currently drafting a settlement agreement acceptable to both sides. The parties request that the proceedings remain stayed to allow the parties to finalize the settlement. The parties request is **GRANTED**. Accordingly, the above-captioned case remains **STAYED**. The parties shall file a joint status report by **Tuesday, February 5, 2008** indicating the progress made towards a final resolution in this matter.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge