IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JESUS ALVAREZ, et al., | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 06-779C |
| v. | ) | |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT ON BEHALF OF THE PARTIES

Pursuant to Rule 7(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully moves for leave to file this status report on behalf of the parties. Counsel for plaintiffs is currently on travel in Arizona, and has authorized counsel for defendant to file this status report on behalf of the parties.

Since the parties' last joint status report, the parties have executed a settlement agreement. Pursuant to the settlement agreement, the parties shall file a joint stipulation of dismissal with prejudice no later than Friday, February 22, 2008. The parties will work together to file a joint stipulation of dismissal with prejudice as soon as possible upon counsel for plaintiffs' return from Arizona.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark Melnick
MARK A. MELNICK
Assistant Director

s/ Tara Kilfoyle
TARA KILFOYLE
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
TEL: (202) 305-1709
FAX: (202) 307-0972

Attorneys for Defendant

February 5, 2008

CERTIFICATE OF FILING

I hereby certify that on February 5, 2008 a copy of the foregoing “DEFENDANT’S STATUS REPORT ON BEHALF OF THE PARTIES” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara J. Kilfoyle