# In the United States Court of Federal Claims

**No. 06-779C**
**(Filed: February 7, 2008)**

* * * * * * * * * * * * * * * * *
**JESUS ALVAREZ, et al.,** *
**Plaintiffs,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * *

**ORDER**

The court is in receipt of the parties' joint status report, filed February 5, 2008, in which they indicate that the parties have executed a settlement agreement and will file a joint stipulation of dismissal with prejudice not later than Friday, February 22, 2008. The above-captioned case remains **STAYED**. The parties shall file a joint stipulation of dismissal or a joint status report by **Friday, February 22, 2008.**

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge